| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Aaron D. Aftergood (239853) <br> aaron@aftergoodesq.com <br> THE AFTERGOOD LAW FIRM <br> 1880 Century Park East, Suite 200 <br> Los Angeles, CA 90067 <br> Telephone: (310) 551-5221 <br> Facsimile: (310) 496-2840 | |
| ATTORNEY(S) FOR:  Plaintiff Shana Pierre | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Shana Pierre, individually and on behalf of all others similarly situated, <br> Plaintiff(s), <br> v. <br> IEC Corporation d/b/a International Education Corporation, <br> Defendant(s) | CASE NUMBER: <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for         Plaintiff Shana Pierre
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Woodrow & Peluso, LLC | Counsel for Plaintiff and the alleged Class |
| The Aftergood Law Firm | Counsel for Plaintiff and the alleged Class |

July 7, 2022                                    /s/ Aaron D. Aftergood
Date                                                  Signature

Attorney of record for (or name of party appearing in pro per):

Shana Pierre

CV-30 (05/13)                                 **NOTICE OF INTERESTED PARTIES**