| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Shannon Z. Petersen (CBN 211426)<br>Lisa Yun Pruitt (CBN 280812)<br>Sieun Lee (CBN 311358)<br>Sheppard, Mullin, Richter & Hampton LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA  92130-4092<br>Tel 858-720-8900; Fax 858-509-3691<br>spetersen@sheppardmullin.com; lpruitt@sheppardmullin.com; slee@sheppardmullin.com<br>ATTORNEY(S) FOR: Defendant IEC Corporation | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation<br>Defendant(s) | CASE NUMBER:<br>8:22-cv-01280-FWS-JDE<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant IEC Corporation dba International Education Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Shana Pierre | Plaintifft |
| Respondent IEC Corporation d/b/a International Education Corporation | Defendant |
| Florida Career College | Wholly-owned subsidiary |
| Adwire Media | Lead Generator |

| | |
|---|---|
| August 23, 2022<br>Date | /s/ Lisa Yun Pruitt<br>Signature<br>Lisa Yun Pruitt<br><br>Attorney of record for (or name of party appearing in pro per):<br>Defendant IEC Corporation dba International Education Corporation |

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES