SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal. Bar No. 280812
  lpruitt@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
Telephone:   858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant
IEC CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. 8:22-cv-01280-FWS-JDE<br><br><u>CLASS ACTION</u><br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:   November 7, 2022<br>Time:   10:00 a.m.<br>Courtroom 10D<br><br>Assigned to The Hon. Fred W. Slaughter |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 7, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D of the above-entitled United States District Court, located at 411 West 4th Street, Santa Ana, California 92701, defendant IEC Corporation ("IEC" or "Defendant") will and hereby does move to compel arbitration and stay this action.

Pursuant to the Federal Arbitration Act, IEC brings this Motion on the grounds that Plaintiff Shana Pierre should be compelled to abide by her agreement to arbitrate her claims against IEC. Plaintiff entered into an arbitration agreement, and all of Plaintiff's claims fall within the scope of the arbitration agreement. While IEC was not a signatory to the arbitration agreement, IEC has a right to compel arbitration under the doctrine of equitable estoppel, because Plaintiff's claims against IEC are intertwined with the Terms and Conditions that contain the arbitration provision and the alleged misconduct is "interdependent" between IEC and CollegeAllStar, which is a party to the Terms and Conditions of Use. Thus, Plaintiff should be equitably estopped from avoiding arbitration of her claims against IEC. Moreover, Plaintiff cannot show the arbitration provision is unconscionable or otherwise invalid.

This Motion is made following the conference of counsel pursuant to L.R. 7-3. *See* Petersen Decl. ¶ 2.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities with this Notice, Declarations of Shannon Z. Petersen, Mark Olson, Kirsten Bohn, and Gennifer Bostwick filed herewith, the exhibits attached to the declarations, the paper and pleadings on file in this action, such other papers as may be submitted prior to or at the hearing of this motion, and argument at the hearing.

| | |
|---|---|
| Dated: October 7, 2022 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By    */s/ Shannon Z. Petersen*<br>SHANNON Z. PETERSEN<br>LISA YUN PRUITT<br>SIEUN J. LEE |
| | Attorneys for Defendant<br>IEC CORPORATION |