SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal. Bar No. 280812
  lpruitt@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

Attorneys for Defendant
IEC CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 8:22-cv-01280-FWS-JDE<br><br>CLASS ACTION<br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION FROM NOVEMBER 10, 2022 TO NOVEMBER 17, 2022** |

Plaintiff Shana Pierre and Defendant IEC Corporation submit this stipulation to continue the hearing on Defendant's motion to compel arbitration from November 10, 2022 at 10:00 a.m. to November 17, 2022 at 10:00 a.m.

On October 7, 2022, Defendant filed a motion to compel arbitration and inadvertently scheduled the hearing on the motion for November 7, 2022, which is not a date on which the Court regularly holds such hearings.  On October 11, 2022, the Court issued a minute order, continuing the hearing on the motion to November 10, 2022.  Plaintiff's counsel, however, has limited availability over the next few weeks to prepare an opposition and has requested, and Defendant has agreed, to reschedule the hearing from November 10, 2022 to November 17, 2022, or some later date convenient for the Court.

Accordingly, the parties hereby stipulate and agree, subject to the approval of this Court, that this Court enter an order continuing the hearing on Defendant's motion to compel arbitration to November 17, 2022, at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  October 11, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Shannon Z. Petersen
SHANNON Z. PETERSEN
LISA YUN PRUITT
SIEUN J. LEE

Attorneys for Defendant
IEC CORPORATION

Dated: October 11, 2022

WOODROW & PELUSO, LLC

By     */S/ Taylor T. Smith*
        TAYLOR T. SMITH

Attorneys for Plaintiff
SHANA PIERRE

## SIGNATURE CERTIFICATION

I, Shannon Z. Petersen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 11, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Shannon Z. Petersen*
        SHANNON Z. PETERSEN
        LISA YUN PRUITT
        SIEUN J. LEE

Attorneys for Defendant
IEC CORPORATION