NOTE: CHANGES MADE BY COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 8:22-cv-01280-FWS-JDE<br><br>**ORDER RE STIPULATION TO VACATE RULE 26(F) SCHEDULING CONFERENCE AND RELATED DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION [25]** |

///

///

///

1

Having considered and reviewed the Parties' Stipulation to Vacate Rule 26(f) Scheduling Conference and Related Deadlines Pending Ruling on Defendant's Motion to Compel Arbitration [25] (the "Stipulation"), and good cause appearing, the court **ORDERS** the following:

The Rule 26(f) Scheduling Conference currently set on December 1, 2022, at 9:00 a.m., is **CONTINUED** to February 2, 2023, 9:00 a.m., in Courtroom 10D.  The Parties shall review and comply with the court's Civil Standing Order [10], including on the issues of any applicable procedures and deadlines.

**IT IS SO ORDERED**.

DATED: November 8, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT