**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 8:22-cv-01280-FWS-JDE<br><br>**ORDER RE STIPULATION TO VACATE OR CONTINUE RULE 26(F) SCHEDULING CONFERENCE AND RELATED DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION [32]** |

///

///

///

Having considered and reviewed the Parties' Stipulation to Vacate or Continue Rule 26(f) Scheduling Conference and Related Deadlines Pending Ruling on Defendant's Motion to Compel Arbitration [32] (the "Stipulation"), and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

The Rule 26(f) Scheduling Conference currently set on March 23, 2023, at 9:00 a.m., in Courtroom 10D, is **CONTINUED** to **April 13, 2023, 9:00 a.m., in Courtroom 10D**. The Parties shall review and comply with the court's Civil Standing Order [10], including on the issues of any applicable procedures and deadlines.

**IT IS SO ORDERED**.

DATED: March 6, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE