SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal. Bar No. 280812
  lpruitt@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

Attorneys for Defendant
IEC CORPORATION

Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809
**Pro Hac Vice*

Attorneys for Plaintiff
SHANA PIERRE

[*Additional Counsel Continued on Next Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation,<br><br>  Defendant. | Case No. 8:22-cv-01280-FWS-JDE<br><br>CLASS ACTION<br><br>**JOINT REPORT ON PROPOSED TIMELINE FOR LIMITED DISCOVERY RE PLAINTIFF'S CONSENT TO THE ARBITRATION AGREEMENT AND PROPOSED BENCH TRIAL SCHEDULE RE ARBITRATION** |

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Pursuant to the Court's order dated March 14, 2023 (ECF No. 34), Plaintiff Shana Pierre and Defendant IEC Corporation ("IEC") submit this joint report proposing a schedule for discovery and bench trial limited to the issues of arbitration relevant to IEC's motion to compel arbitration, held in abeyance by the Court pending arbitration discovery and bench trial.

A. **Limited Arbitration Discovery**

The Parties propose that the limited discovery pertaining to whether Plaintiff consented to the arbitration agreement shall be completed by July 28, 2023. The Parties propose to issue subpoenas to third parties including to identify subscriber information for the IP addresses associated with the website visits at issue; to propound written discovery requests limited to 10 requests for production of documents, 10 interrogatories, and 10 requests for admission; and to take limited depositions. If the discovery was limited to discovery among the Parties, the Parties expect they could complete this discovery earlier than by the end of July, but since the Parties contemplate third party subpoenas for subscriber information associated with certain IP addresses, the Parties know from prior experiences that such subpoena responses can sometimes take months to receive. The proposed discovery period should provide the parties with sufficient time to resolve any outstanding objections to the subpoenas, including filing any subpoena enforcement actions that may be necessary.

B. **Bench Trial**

The Parties propose that the Court set a status conference for some time convenient for the Court on or after July 28, 2023, at which point the Parties and the Court can set a bench trial as early as the fall of 2023. The Parties anticipate a bench trial of one day limited to the issues of arbitration. If the Court prefers to set a bench trial date now, the Parties request a date in October, 2023, convenient for the Court.

Dated: March 28, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA YUN PRUITT
SIEUN J. LEE

Attorneys for Defendant
IEC CORPORATION

Dated: March 28, 2023

WOODROW & PELUSO, LLC

By    */s/ Taylor T. Smith*
TAYLOR T. SMITH

Attorneys for Plaintiff
SHANA PIERRE

## SIGNATURE CERTIFICATION

I, Shannon Z. Petersen, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 28, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA YUN PRUITT
SIEUN J. LEE

Attorneys for Defendant
IEC CORPORATION