UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01280-FWS-JDE                                    Date: April 3, 2023
Title: Shana Pierre v. IEC Corp. d/b/a International Education Corporation

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                                          Not Present

**PROCEEDINGS: ORDER GRANTING THE PARTIES' JOINT REPORT [35]**

The court is in receipt of the parties' Joint Report on Proposed Timeline for Limited Discovery Re Plaintiff's Consent to the Arbitration Agreement and Proposed Bench Trial Re Arbitration ("Joint Report"). (Dkt. 35.) In the Joint Report, the parties request limited discovery pertaining to whether Plaintiff consented to the arbitration agreement to be completed by July 28, 2023. (Joint Report at 3.) The parties request that discovery be limited to ten requests for production of documents, ten interrogatories, and ten requests for admission per party, as well as limited depositions. (*Id.*) The parties also request a status conference after the close of discovery at which time the parties and the court will select a bench trial date in fall of 2023. (*Id.*)

Based on the record, as applied to the applicable law, the court **GRANTS** the Joint Report as to the proposed discovery timeline and limitations. The court also **ORDERS** the parties to appear in-person for a status conference on **August 24, 2023, at 10:00 a.m.** in the Ronald Reagan Federal Building and United States Courthouse, Courtroom 10D. The court

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-01280-FWS-JDE					Date: April 3, 2023
Title: Shana Pierre v. IEC Corp. d/b/a International Education Corporation

_____

will set a date for the one-day bench trial at that status conference.  Accordingly, the parties must comply with the following limited scheduling order:[1]

| Cut-Off for Discovery Related to Whether Plaintiff Agreed to Arbitrate | **July 28, 2023** |
|---|---|
| Status Conference | **August 24, 2023, at 10:00 a.m., in Courtroom 10D** |
| Bench Trial (1 day) | **Date and Time to be Determined during August 24, 2023, Status Conference, in Courtroom 10D** |

In light of the court setting the schedule above, the court **VACATES** the Scheduling Conference set for April 13, 2023.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku

---

[1] As noted on the court's website at https://www.cacd.uscourts.gov/honorable-fred-w-slaughter, unless stated otherwise, all court appearances are in person.