SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA YUN PRUITT, Cal. Bar No. 280812
  lpruitt@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

Attorneys for Defendant
IEC CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| SHANA PIERRE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IEC CORPORATION D/B/A INTERNATIONAL EDUCATION CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 8:22-cv-01280-FWS-JDE<br><br>CLASS ACTION<br><br>**STIPULATION FOR ORDER FOR PRODUCTION OF RECORDS BY THIRD PARTIES COMCAST CABLE COMMUNICATIONS, LLC AND APPLE INC.** |

Case No. 8:22-cv-01280-FWS-JDE

1    Plaintiff Shana Pierre and Defendant IEC Corporation ("IEC") submit this

2    stipulation for a Court order requiring third parties Comcast Cable Communications,

3    LLC ("Comcast") and Apple Inc. ("Apple") to produce records in response to a

4    subpoena to produce documents, information, or objects.

5    On October 7, 2022, IEC filed a motion to compel arbitration.  ECF No. 18.

6    IEC argued that Plaintiff agreed to arbitration when she visited the CollegeAllStar

7    website on January 18, 2022 by using the IP address 73.107.27.148 and Device ID

8    cd18c996f80c4cad9d3beb3c9be837bb.  *Id.*  On October 27, 2022, Plaintiff filed an

9    opposition, denying that Plaintiff agreed to arbitration and denying that she visited

10   the CollegeAllStar website.  ECF No. 23.  On November 3, 2022, IEC filed a reply.

11   ECF No. 24.

12   On March 14, 2023, the Court issued an order, holding in abeyance IEC's

13   motion to compel arbitration and granting both parties limited discovery pertaining

14   only to whether Plaintiff consented to the arbitration agreement.  ECF No. 34.

15   Pursuant to the order, the parties would like to subpoena Comcast, which is

16   the internet service provider for the IP address 73.107.27.148.  This would allow the

17   parties to determine the subscriber for the IP address 73.107.27.148.  The parties

18   would also like to subpoena Apple, which manufactured the device with Device ID

19   cd18c996f80c4cad9d3beb3c9be837bb.  This would allow the parties to obtain

20   information as to the individual who registered the device with Apple.  The

21   responses to these subpoenas may result in evidence showing whether Plaintiff,

22   someone related to her, or some entirely different and unrelated individual accessed

23   the relevant website and agreed to the terms including arbitration.

24   Pursuant to 47 U.S.C. § 551(c)(1), cable operators, such as Comcast, "shall

25   not disclose personally identifiable information concerning any subscriber without

26   the prior written or electronic consent of the subscriber concerned and shall take

27   such actions as are necessary to prevent unauthorized access to such information by

28   a person other than the subscriber or cable operator."  A cable operator may,

1    however, disclose such information if the disclosure is "made pursuant to a court

2    order authorizing such disclosure, if the subscriber is notified of such order by the

3    person to whom the order is directed[.]" 47 U.S.C. § 551(c)(2)(B).  Thus, the parties

4    seek a Court order expressly authorizing Comcast to disclose personally identifiable

5    information pursuant to Section 551(c) in response to the subpoena for business

6    records to identify its subscriber.  The parties also seek a Court order expressly

7    authorizing Apple to disclose personally identifiable information, such as basic

8    registration or customer information and customer service records, in response to the

9    subpoena for business records to identify the individual who registered and/or used

10   the device at issue.

11          Based on their experience, counsel for the parties expect that Comcast and/or

12   Apple may require such a court order before they produce documents in response to

13   the proposed subpoenas and that once they receive the subpoenas and the Court's

14   order that Comcast and/or Apple will likely first provide confidential notice to the

15   subscriber to provide the subscriber with an opportunity to objection or file a motion

16   to quash or for protective order.

17          Accordingly, the parties hereby stipulate and agree, subject to the approval of

18   this Court, that this Court issue an Order consistent with the proposed order attached

19   hereto as Exhibit A.

20          **IT IS SO STIPULATED.**

21

22

23

24

25

26

27

28

SMRH:4881-1620-7965.2

Case No. 8:22-cv-01280-FWS-JDE
STIPULATION RE ORDER FOR PRODUCTION OF RECORDS BY THIRD PARTIES
COMCAST CABLE COMMUNICATIONS, LLC AND APPLE INC.

1    Dated:  April 12, 2023

2                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4
                             By        /s/ Shannon Z. Petersen
5                                      SHANNON Z. PETERSEN
6                                      LISA YUN PRUITT
                                       SIEUN J. LEE
7

8                                      Attorneys for Defendant
                                       IEC CORPORATION
9

10   Dated:  April 12, 2023

11

12                               WOODROW & PELUSO, LLC

13

14                           By        /s/ Taylor T. Smith
                                       TAYLOR T. SMITH
15

16                                     Attorneys for Plaintiff
                                       SHANA PIERRE
17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4881-1620-7965.2

Case No. 8:22-cv-01280-FWS-JDE
STIPULATION RE ORDER FOR PRODUCTION OF RECORDS BY THIRD PARTIES
COMCAST CABLE COMMUNICATIONS, LLC AND APPLE INC.

1

**<u>SIGNATURE CERTIFICATION</u>**

2     I, Shannon Z. Petersen, attest that all other signatories listed, and on whose

3 behalf the filing is submitted, concur in the filing's content and have authorized the

4 filing.

5 Dated:  April 12, 2023

6                              SHEPPARD, MULLIN, RICHTER & HAMPTON
7                              LLP

8

9                              By _____/s/ Shannon Z. Petersen_____
10                                        SHANNON Z. PETERSEN
                                         LISA YUN PRUITT
11                                        SIEUN J. LEE

12
                                       Attorneys for Defendant
13                                      IEC CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28